BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13-MC-00108-MCE-KJN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $87,575.00 SEIZED FROM JP MORGAN CHASE BANK BUSINESS CHECKING ACCOUNT NUMBER 112992330, HELD IN THE NAME OF BENJAMIN B. ROZENBERG, DBA: MIDNITE EVENTS, | |
| APPROXIMATELY $33.12 SEIZED FROM JP MORGAN CHASE BANK BUSINESS SAVINGS ACCOUNT NUMBER 2906193650, HELD IN THE NAME OF BENJAMIN B. ROZENBERG, DBA: MIDNITE EVENTS, | |
| APPROXIMATELY $19,634.79 SEIZED FROM JP MORGAN CHASE BANK PERSONAL CHECKING ACCOUNT NUMBER 112992030, HELD IN THE NAME OF BENJAMIN B. ROZENBERG, AND | |
| APPROXIMATELY $5,434.78 SEIZED FROM JP MORGAN CHASE BANK PERSONAL SAVINGS ACCOUNT NUMBER 2906027380, HELD IN THE NAME OF BENJAMIN B. ROZENBERG, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and claimant Benjamin Rozenberg ("claimant"), by and through their respective attorneys, as follows:

1. On or about July 24, 2013, claimant Benjamin Rozenberg filed a claim in the administrative forfeiture proceedings with the Internal Revenue Service - Criminal Investigation with respect to the Approximately $87,575.00 seized from JP Morgan Chase Bank business checking account number 112992330, held in the name of Benjamin B. Rozenberg, DBA: Midnite Events, Approximately $33.12 seized from JP Morgan Chase Bank business savings account number 2906193650, held in the name of Benjamin B. Rozenberg, DBA: Midnite Events, Approximately $19,634.79 seized from JP Morgan Chase Bank personal checking account number 112992030, held in the name of Benjamin B. Rozenberg, and Approximately $5,434.78 seized from JP Morgan Chase Bank personal savings account number 2906027380, held in the name of Benjamin B. Rozenberg (hereafter the "defendant funds").  The defendant funds were seized on or about May 16, 2013.

2. The Internal Revenue Service - Criminal Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was October 22, 2013.

4.     By Stipulation and Order filed October 18, 2013, the parties stipulated to extend to November 21, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to January 21, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

6.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to January 21, 2014.

Dated: 11/20/13         BENJAMIN B. WAGNER
                        United States Attorney


                        By: /s/ Kevin C. Khasigian
                        KEVIN C. KHASIGIAN
                        Assistant U.S. Attorney


Dated: 11/20/13         /s/ John Balazs
                        JOHN BALAZS
                        Attorney for claimant Benjamin Rozenberg

                        (Authorized by email)

**IT IS SO ORDERED**.

Dated: November 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT