BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-MC-00108-MCE-KJN |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $87,575.00 SEIZED FROM JP MORGAN CHASE BANK BUSINESS CHECKING ACCOUNT NUMBER 112992330, HELD IN THE NAME OF BENJAMIN B. ROZENBERG, DBA: MIDNITE EVENTS, | |
| APPROXIMATELY $33.12 SEIZED FROM JP MORGAN CHASE BANK BUSINESS SAVINGS ACCOUNT NUMBER 2906193650, HELD IN THE NAME OF BENJAMIN B. ROZENBERG, DBA: MIDNITE EVENTS, | |
| APPROXIMATELY $19,634.79 SEIZED FROM JP MORGAN CHASE BANK PERSONAL CHECKING ACCOUNT NUMBER 112992030, HELD IN THE NAME OF BENJAMIN B. ROZENBERG, AND | |
| APPROXIMATELY $5,434.78 SEIZED FROM JP MORGAN CHASE BANK PERSONAL SAVINGS ACCOUNT NUMBER 2906027380, HELD IN THE NAME OF BENJAMIN B. ROZENBERG, | |
| Defendants. | |

1

1    It is hereby stipulated by and between the United States of America and claimant

2    Benjamin Rozenberg ("claimant"), by and through their respective attorneys, as follows:

3    1.    On or about July 24, 2013, claimant Benjamin Rozenberg filed a claim in

4    the administrative forfeiture proceedings with the Internal Revenue Service - Criminal

5    Investigation with respect to the Approximately $87,575.00 seized from JP Morgan

6    Chase Bank business checking account number 112992330, held in the name of

7    Benjamin B. Rozenberg, DBA: Midnite Events, Approximately $33.12 seized from JP

8    Morgan Chase Bank business savings account number 2906193650, held in the name of

9    Benjamin B. Rozenberg, DBA: Midnite Events, Approximately $19,634.79 seized from JP

10   Morgan Chase Bank personal checking account number 112992030, held in the name of

11   Benjamin B. Rozenberg, and Approximately $5,434.78 seized from JP Morgan Chase

12   Bank personal savings account number 2906027380, held in the name of Benjamin B.

13   Rozenberg (hereafter the "defendant funds").  The defendant funds were seized  on or

14   about May 16, 2013.

15   2.    The Internal Revenue Service - Criminal Investigation has sent the written

16   notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested

17   parties.  The time has expired for any person to file a claim to the defendant funds under

18   18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the

19   defendant funds as required by law in the administrative forfeiture proceeding.

20   3.    Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a

21   complaint for forfeiture against the defendant funds and/or to obtain an indictment

22   alleging that the defendant funds are subject to forfeiture within 90 days after a claim

23   has been filed in the administrative forfeiture proceedings, unless the court extends the

24   deadline for good cause shown or by agreement of the parties.  That deadline was

25   October 22, 2013.

26   4.    By Stipulation and Order filed October 18, 2013, the parties stipulated to

27   extend to November 21, 2013, the time in which the United States is required to file a

28

Stipulation and Order to Extend Time

1    civil complaint for forfeiture against the defendant funds and/or to obtain an indictment

2    alleging that the defendant funds are subject to forfeiture.

3         5.      By Stipulation and Order filed November 27, 2013, the parties stipulated to

4    extend to January 21, 2014, the time in which the United States is required to file a civil

5    complaint for forfeiture against the defendant funds and/or to obtain an indictment

6    alleging that the defendant funds are subject to forfeiture.

7         6.      By Stipulation and Order filed January 24, 2014, the parties stipulated to

8    extend to March 21, 2014, the time in which the United States is required to file a civil

9    complaint for forfeiture against the defendant funds and/or to obtain an indictment

10   alleging that the defendant funds are subject to forfeiture.

11        7.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to

12   further extend to April 21, 2014, the time in which the United States is required to file a

13   civil complaint for forfeiture against the defendant funds and/or to obtain an indictment

14   alleging that the defendant funds are subject to forfeiture.

15        8.      Accordingly, the parties agree that the deadline by which the United States

16   shall be required to file a complaint for forfeiture against the defendant funds and/or to

17   obtain an indictment alleging that the defendant funds are subject to forfeiture shall be

18   extended to April 21, 2014.

19   Dated:  3/19/14                      BENJAMIN B. WAGNER
                                          United States Attorney
20

21                                        By: /s/ Kevin C. Khasigian
                                          KEVIN C. KHASIGIAN
22                                        Assistant U.S. Attorney

23

24   Dated:  3/18/14                      /s/ John Balazs
                                          JOHN BALAZS
25                                        Attorney for claimant Benjamin Rozenberg

26                                        (Authorized by email)

27   ///

                                          3
28                                                     Stipulation and Order to Extend Time

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to April 21, 2014.

IT IS SO ORDERED.

Dated:  March 19, 2014

_____

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

4

Stipulation and Order to Extend Time